UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

    V.                                                    CRIMINAL No. 5:05CR00203-6

**Thomas Simmons**,
                **Defendant**.
_____

**FREDERICK J. SCULLIN, JR.**
**SENIOR U.S. DISTRICT JUDGE**

## ORDER MODIFYING CONDITIONS OF RELEASE

On January 24, 2019, the Probation Office submitted a petition to the Court for a modification of Defendant's conditions of supervision. See Dkt. No. 216. On the same date, the Court issued a summons to address the allegations before the Court. See Dkt. No. 217. On February 6, 2019, the Defendant admitted to Violation #1 and Violation #2 of the petition. The Court imposed and then suspended a sentence of imprisonment, after hearing argument from defense counsel, to allow the Defendant to complete his vocational training.

On June 25, 2019, the defendant appeared before the Court with course work documentation, including a certificate of completion from the National Tractor Trailer School for the Advanced Commercial Drivers course. Upon review of these documents and upon due consideration, the Court continues the suspension of sentence and hereby modifies the defendant's conditions of release as follows.

1.    You shall serve 2 months in home detention or until your next Court appearance, commencing on a date and under conditions to be set by the probation officer. Location and/or monitoring technology may be used to monitor your compliance. If such a system is used you shall pay all costs associated with the use of this

system according to your ability to pay as determined by the probation officer.

**The defendant is directed to appear before the Court on August 6, 2019 at 10:00am to provide the Court with a progress report**.

All other terms of the original judgement remain the same.

**IT IS SO ORDERED.**

Dated: June 25, 2019
Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Judge